JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JB BROTHERS, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>JAEWOO CHUNG, an individual; MYMULGOGI, INC., a Hawaiian corporation; KYUNGJIN KANG, an individual; TROPIC OHANA, INC. d/b/a TROPIC POKE, a Hawaiian corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-01994-RGK-AS<br><br>[PROPOSED] FINAL JUDGMENT<br><br>The Honorable R. Gary Klausner<br><br>Compl. Filed:  March 12, 2024<br>SAC Filed:     December 4, 2024<br>FACC Filed:   November 21, 2024<br>Trial Date:     April 1, 2025 |
| JAEWOO CHUNG, an individual; MYMULGOGI, INC., a Hawaiian corporation,<br><br>    Counterclaimants,<br><br>    v.<br><br>JB BROTHERS, INC., a California corporation; and KWANG S. LIM A.K.A. CHRIS LIM, an individual,<br><br>    Counterdefendants. | |

TroyGould PC

Pursuant to the jury's verdict and the Court's orders on the various motions filed by the parties, including motions to dismiss, motions for summary judgment, motions for reconsideration, and motions for declaratory judgment after verdict, it is ORDERED AND ADJUDGED as follows:

1. Trial was held and a jury verdict returned so that final judgment is hereby entered for Counterdefendant JB Brothers, Inc. ("JBB") and against Counterclaimants Jaewoo Chung ("Chung") and Mymulgogi, Inc. ("Mymulgogi") on Counterclaimants Chung and Mymulgogi's claim for breach of contract.

2. Summary judgment was previously granted and final judgment is hereby entered for Defendants Chung, Kyungjin Kang ("Kang"), Mymulgogi, and Tropic Ohana, Inc. DBA Tropic Poke ("Tropic Poke") and against JBB on JBB's claims for conversion, accounting, and violation of California Civil Code § 3426.

3. Summary judgment was previously granted and final judgment is hereby entered for Chung and Mymulgogi and against JBB's claim for breach of contract.

4. Summary judgment was previously granted and final judgment is hereby entered for Kang and against JBB on JBB's claim for fraud.

5. Summary judgment was previously granted and final judgment is hereby entered for Kang and Tropic Poke and against JBB's claim for intentional interference with contract.

6. Summary judgment was previously granted and final judgment is hereby entered for Chung and against JBB's claim for intentional interference with prospective economic advantage.

7. A motion to dismiss was previously granted and final judgment is hereby entered for JBB and Counterdefendant Kwang Lim ("Lim") and against

Chung and Mymulgogi on Chung and Mymulgogi's claim for Violation of Cal. Bus. And Prof. Code § 1720 *et seq*.

8. A motion to dismiss was previously granted and final judgment is hereby entered for JBB and against Chung and Mymulgogi on Chung and Mymulgogi's claims for breach of the implied covenant of good faith and fair dealing, failure to provide offering circular, fraudulent misrepresentation, negligent misrepresentation, and fraudulent inducement.

9. A motion to dismiss was previously granted and final judgment is hereby entered for Kwang Lim and against Chung and Mymulgogi on Chung and Mymulgogi's claims for tortious interference with contract.

10. A motion to dismiss was previously granted and final judgment is hereby entered for Chung against JBB's fraud cause of action.

11. A motion to dismiss was previously granted and final judgment is hereby entered for Chung, Kang, Mymulgogi, and Tropic Poke against JBB's causes of action for trademark misappropriation, violation of the Lanham Act, and violation of California's Unfair Competition Law.

Dated: 05/29/2025

*[signature: Gary Klausner]*

Honorable R. Gary Klausner
United States District Judge